**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DENNIS CLARK,

                    Plaintiff,

        -against-

TRANSPORTTION ALTERNATIVES, INC.,
                    Defendants.
-------------------------------------------------------------X

18 **CIVIL** 9985 (VM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated March 18, 2019, That the motion (Dkt. 18) so

deemed by the Court as filed by Defendant Transportation Alternatives, Inc., to dismiss the

complaint of Dennis Clark is granted.

**Dated:** New York, New York
         March 18, 2019

                            **RUBY J. KRAJICK**

                            **Clerk of Court**
**BY:**

                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____